■ In the Matter of EDWARD H. WOLF, Admitted as EDWARD HIRSCH WOLF, a Suspended Attorney.—Respondent's motion is granted, the Committee's report confirmed and respondent reinstated as an attorney and counselor-at-law in the State of New York forthwith. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Kupferman and Ross, JJ.

■ In the Matter of WILLIAM J. UNROCH, Admitted as WILLIAM JOSEPH UNROCH, a Suspended Attorney.—Petitioner's motion is granted only insofar as to impose upon respondent a sanction of suspension for a period of six months retroactive to February 3, 1983, the date of respondent's interim suspension and to confirm the Hearing Panel's recommendation denying respondent's application for automatic reinstatement. Respondent's application for reinstatement pursuant to 22 NYCRR 603.14 (a) is denied. No opinion. Concur—Murphy, P. J., Sullivan, Rosenberger, Kupferman and Kassal, JJ.

■ In the Matter of J. JAMES BAMBURY, Admitted as JOHN JAMES BAMBURY, a Suspended Attorney.—Respondent's motion is granted and respondent is reinstated as an attorney and counselor-at-law in the State of New York effective immediately. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Kupferman and Ross, JJ.